[Nos. 13434–5–I; 13801–4–I;  Division One.  September 4, 1984.]
14049–3–I.

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
LEE NORBY, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 83–8–00926–1, 83–8–02154–7, 83–8–02662–0,
Maurice M. Epstein, J. Pro Tem., Peter K. Steere, J., and
Jack Richey, J. Pro Tem., entered June 8, September 1,
and October 21, 1983. *Remanded* by unpublished per
curiam opinion.

[No. 6093–1–II.  Division Two.  September 4, 1984.]

EDWARD M. WOOD, *Respondent,* v. THE UPJOHN
COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 283091, James P. Healy, J., entered December
9, 1981. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Worswick, A.C.J., Reed, J., dissenting.

[No. 11345–3–I.  Division One.  September 10, 1984.]

EST, *Appellant,* v. 211 ASSOCIATES, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–17905–5, Jim Bates, J., entered January
14, 1982. *Affirmed in part, reversed in part,* and *remanded*
by unpublished opinion per Williams, J., concurred in by
Corbett, A.C.J., and Scholfield, J.